IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDERICK GERARD LANE,

    Plaintiff,

v.                                          5:13cv340-WS

SCOTT PAYNE, et al.,

    Defendants.

_____

## ORDER DENYING PLAINTIFF'S
## MOTION FOR A PRELIMINARY INJUNCTION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed November 5, 2013. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction (doc. 3) be denied. The plaintiff has filed objections to the report and recommendation.

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction (doc. 3) is DENIED.

3.  The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this ___3rd___ day of ___December___, 2013.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE