IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDERICK GERARD LANE,

    Plaintiff,

v.                                    5:13cv340-WS

SCOTT PAYNE, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed September 26, 2014. The magistrate judge recommends that the plaintiff's request (doc. 15) for voluntary dismissal be denied and that the case be dismissed for the reasons discussed in the report and recommendation (doc. 14) entered August 27, 2014. The plaintiff has filed no objections to the September report and recommendation.

The court has reviewed the record, including the plaintiff's reply to the magistrate judge's August report and recommendation, and has determined that the

magistrate judge's reports and recommendations should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's reports and recommendations (docs. 14 & 16) are hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's request for voluntary dismissal (doc. 15) is DENIED.

3. The plaintiff's complaint and this action are DISMISSED WITH PREJUDICE for the reasons set forth in the magistrate judge's report and recommendation entered August 27, 2014.

4. The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

DONE AND ORDERED this   29th   day of   October  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE